## UNITED STATES DISTRICT COURT  EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RONALD STAFFORD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:03-CV-303 |
| | § | |
| R.D. MILES, | § | |
| | § | |
| Respondent. | § | |

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Ronald Stafford, an inmate confined at the United States Penitentiary in Marion, Illinois, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends that the petition be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.   A final judgment shall be entered denying this petition.

SIGNED at Beaumont, Texas, this 26th day of July, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE